**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LYNCH AND KENNEDY DRY GOODS, INC.,
        Plaintiff,

Case Number 1:17-cv-00006-JWS

v.

AMERICAN FIRE AND CASUALTY COMPANY,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **DECISION BY COURT.** This action came to trial or decision before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff, Lynch and Kennedy Dry Goods, Inc., take nothing, that the action be dismissed on the merits, and that the defendant, American Fire and Casualty Company, recover of plaintiff defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of <u>1.76%</u> as provided by law.

APPROVED:

*s/ John W. Sedwick*
John W. Sedwick
United States District Judge       <u>Lesley K. Allen</u>
                                            Clerk of Court
Date: January 4, 2018

***NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

[Jmt1-with fees and costs - rev. 1-13-16]