**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LYNCH AND KENNEDY DRY GOODS,
INC.,
        Plaintiff,

v.

AMERICAN FIRE AND CASUALTY
COMPANY,
        Defendant.

Case Number 1:17-cv-00006-JWS

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or decision before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff, Lynch and Kennedy Dry Goods, Inc., take nothing, that the action be dismissed on the merits, and that the defendant, American Fire and Casualty Company, recover of plaintiff defendant's costs of action in the amount of $<u>400.00</u>* and attorney's fees in the amount of $<u>3,774.00</u>* with postjudgment interest thereon at the rate of <u>1.76%</u> as provided by law.

APPROVED:

_s/ John W. Sedwick_
John W. Sedwick
United States District Judge         Lesley K. Allen
                                                               Clerk of Court

Date: January 4, 2018

*Note: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.**
* 2/6/18 Redistributed with costs and attorney fees added.

[Jmt1-with fees and costs - rev. 1-13-16]