UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Lynch and Kennedy Dry Goods, Inc. | v. | American Fire and Casualty Company |
| Honorable John W. Sedwick | | 1:17-cv-00006-JWS |
| ORDER FROM CHAMBERS | | February 1, 2018 |

The unopposed motion at docket 38 appears to have merit and is granted as follows:

Plaintiff shall pay defendant the sum of $3,774 as defendant's recoverable attorneys' fee.

_____